534 Pa. 390 (1993)
633 A.2d 588
COMMONWEALTH of Pennsylvania
v.
Rodney L. MORDAN, Appellant.
Supreme Court of Pennsylvania.
Argued and Decided October 19, 1993.
Stephen S. Pennington, Philadelphia, for R. Mordan.
Mary McNeil Killinger, Michael D. Marino, Norristown, for Com.
Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

ORDER
PER CURIAM:
Order affirmed.
NIX, C.J., and FLAHERTY and MONTEMURO, JJ., dissent.